No. 79–1978. WEEREN ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 79–1979. GARRAHY, GOVERNOR OF RHODE ISLAND, ET AL. *v.* PALMIGIANO ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–1980. THOMAS, DBA J & J EXXON, ET AL. *v.* CITY OF MARIETTA, GEORGIA, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 79–1981. ARRIGALE ET UX. *v.* INTERNATIONAL FIDELITY INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 79–1982. FULCHER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 79–1983. LOCAL 13889, UNITED STEELWORKERS OF AMERICA *v.* SMITH ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–1985. JOURDAIN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 79–1986. APPLEMAN ET AL. *v.* BEACH, ASSESSOR OF BERNALILLO COUNTY, ET AL. Sup. Ct. N. M. Certiorari denied.

No. 79–1987. YIAMOUYIANNIS *v.* CONSUMERS UNION OF THE UNITED STATES, INC. C. A. 2d Cir. Certiorari denied.

No. 79–1990. ARCHER *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.